No. 3448.—BORINQUEN TRADING CORPORATION, APLTE., *v.* HEREDEROS DESCONOCIDOS DE OCTAVIO GARCÍA SALGADO ET AL., DEMANDADOS Y BENÍTEZ FLORES, TERCERISTAS, APLDO. — C. D. San Juan, Distrito 2º. Enero 13, 1925. Desestimado el recurso a instancia del apelado vistos los casos de *Fajardo Development Company* v. *Sucesión Morphy,* 17 D.P.R. 1120; *Busigó* v. *Jordán,* 19 D.P.R. 627; *Brac* v. *Ojeda,* 27 D.P.R. 652; *Ferreira* v. *López, Juez de Distrito,* 29 D.P.R. 34; *Forés* v. *Balzac,* 30 D.P.R. 370, y *Fragoso* v. *Marxuach;* 32 D.P.R. 690.

No. 3520.—LECLERC, APLDO., *v.* ROCH, APLTE.—C. D. Mayagüez. Enero 13, 1925. Apareciendo que la sentencia apelada se notificó el 16 de diciembre 1921 y la apelación se interpuso el 16 de enero 1922 o sea después de vencido el término de 30 días que concede la ley, se declara con lugar la moción y *se desestima el recurso.*

No. 3522.—CINTRÓN, APLDO., *v.* CASABLANCA, VDA. DE PEDRO, APLTE. — C. D. Humacao. Memorándum de costas. Enero 13, 1925. Apareciendo que la resolución apelada es de fecha 2 de diciembre de 1924 y la apelación fué interpuesta el 15 del mismo mes o sea a los trece días después de haber sido notificada dicha resolución y por tanto vencido el término de diez días que concede la ley, se declara con lugar la moción y *se desestima el recurso.*